FOURTH DEPARTMENT, SEPTEMBER, 1941.
(September 24, 1941.)

HERMAN SCHWARTZ and MAURICE SCHWARTZ, Respondents, v. LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, OF NEW YORK, N. Y., Appellant.— Judgment and order affirmed, without costs of this appeal to any party. All concur, except McCurn, J., who dissents and votes for reversal and for granting a new trial. (The judgment reforms a policy of liability insurance issued to plaintiffs by defendant and awards judgment to plaintiff in an action to reform an automobile liability policy on the ground of mistake. The order grants plaintiffs' motion to amend their amended complaint.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ELSBETH FRANCES KELLEY, Respondent, v. WAYNE PLUMBLEY KELLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss the complaint in an action to recover the amount of accrued unpaid alimony due under a divorce decree granted by a Florida court.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HACHIG SHAHINIAN, Appellant, v. ALUMINUM COMPANY OF AMERICA, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concur. (One order denies plaintiff's motion for a discovery and inspection and an examination before trial; the second order denies plaintiff's motion to resettle the previous order; the third order denies plaintiff's motion for a discovery and inspection on a reargument.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of Proving the Last Will and Testament of ALTON SMITH, Deceased. FLOYD VAN SCOY, Appellant; JOSEPH YOCHYM and MARY VIRGINIA YOCHYM, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies contestant's motion for a new trial on the ground of newly-discovered evidence, errors, misconduct and irregularity.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ,